UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
April 25, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:14-cr-00097-MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| JOHNNY TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Johnny Torres; Case 2:14-mj-00071-DAD from custody and for the following reasons:

     \_    Release on Personal Recognizance

     \_    Bail Posted in the Sum of _____

     X    Unsecured Appearance Bond in the amount of $50,000.00, cosigned by defendant's father, John Torres

     \_    Appearance Bond with 10% Deposit

     \_    Appearance Bond secured by Real Property

     \_    Corporate Surety Bail Bond

     X    (Other) Pretrial Supervision/Conditions; third party custody - defendant's mother, Julia Torres

Issued at Sacramento, CA on 4/25/2014 at 2:20 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge