JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MELISSSA TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TORRES et al.,<br><br>　　　　Defendants. | No. 2:14-cr-097-MCE<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>ORDER<br><br>Date:　September 11, 2014<br>Time:　9:00 a.m.<br>Judge:　Honorable Morrison C. England, Jr. |

　　　　The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Melissa Torres, John R. Manning, Esq., counsel for defendant Johnny Torres, Scott L. Tedmon, Esq., counsel for defendant Donovan Torres, Matthew C. Bockmon, Esq., counsel for defendant Sally Evans, James R. Greiner, Esq., and counsel for defendant Jorge Magana, Philip Cozens, Esq., hereby stipulate the following:

　　1.　By previous order, this matter was set for status conference on May 15, 2014.

　　2.　By this stipulation, defendant now moves to continue the status conference until September 11, 2014 and to exclude time between May 15, 2014 and September 11, 2014 under the Local Code T-4 (to allow defense counsel time to prepare).

1

3. The parties agree and stipulate, and request the Court find the following:

   a. Currently, the government has provided in excess of 150 pages of discovery as well as 19 DVDs with video.

   b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

   c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 15, 2014, to September 11, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 8, 2014                                      /s/ John R. Manning
                                                        JOHN R. MANNING
                                                        Attorney for Defendant
                                                        Melissa Torres

Dated: May 9, 2014                                      /s/ Scott L. Tedmon
                                                        SCOTT L. TEDMON
                                                        Attorney for Defendant
                                                        Johnny Torres

Dated: May 8, 2014                                      /s/ Matthew C. Bockmon
                                                        MATTHEW C. BOCKMON
                                                        Attorney for Defendant
                                                        Donovan Torres

Dated: May 9, 2014                                      /s/ James R. Greiner
                                                        JAMES R. GREINER
                                                        Attorney for Defendant
                                                        Sally Evans

Dated: May 12, 2014                                     /s/ Philip Cozens
                                                        PHILIP COZENS
                                                        Attorney for Defendant
                                                        Jorge Magana

Dated: May 12, 2014                                     Benjamin B. Wagner
                                                        United States Attorney

                                                        by:/s/ Christiaan Highsmith
                                                        CHRISTIAAN HIGHSMITH
                                                        Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3