LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
JOHNNY TORRES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHNNY TORRES, et al., <br><br> Defendants. | CASE NO.  2:14-CR-0097-MCE <br><br> **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF CONDITIONS OF RELEASE FOR JOHNNY TORRES** |

The United States of America, through Assistant U.S. Attorney Christiaan Highsmith, and defendant Johnny Torres, through counsel Scott L. Tedmon, hereby stipulate as follows:

1. On April 25, 2014, defendant Johnny Torres was ordered released by Magistrate Judge Kendall J. Newman on an unsecured bond in the amount of $50,000, co-signed by defendant's father, John Torres.  Mr. Torres was released to the third-party custody of his mother, Julia Torres. In addition, the Court imposed a condition to include home confinement with electronic monitoring.

2. On June 30, 2014, defendant Johnny Torres's release conditions were

    amended by Magistrate Judge Allison Claire related to the co-signator on the $50,000 unsecured bond as well as the third-party custodian. Specifically, Christina Madrid was ordered to be the co-signor on the bond and Ms. Madrid was ordered to be the third-party custodian of defendant. All other terms and conditions remained in full force and effect.

3. Due to a change in circumstances related to defendant Johnny Torres' living situation, the parties stipulate and request this Court order that the co-signator on the $50,000 unsecured bond be changed to Moises Juarez. Additionally, the parties stipulate and request this Court order that the third-party custodian of defendant be Moises Juarez. Finally, the parties stipulate and request this Court order the previously-imposed home confinement with electronic monitoring be removed as a condition of defendant Johnny Torres' release conditions. U.S. Pretrial Services Officer Renee Basurto requests these changes as well and has provided a Second Amended Special Conditions of Release to counsel, which is attached hereto for the Court's review and consideration.

4. Based on the foregoing, Pretrial Services Officer Renee Basurto, Assistant United States Attorney Christiaan Highsmith on behalf of the government, and Scott L. Tedmon on behalf of defendant Johnny Torres jointly agree and stipulate to this request for modification of the conditions of pretrial release for defendant Johnny Torres. Further, all parties confirm they have reviewed the attached Second Amended Special Conditions of Release and agree to all 13 conditions contained therein.

**IT IS SO STIPULATED.**

August 6, 2014                                BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ Christiaan Highsmith
                                                        Assistant United States Attorney

DATED:  August 6, 2014                     LAW OFFICES OF SCOTT L. TEDMON

                                                                      /s/ Scott L. Tedmon
                                                                      SCOTT L. TEDMON
                                                                      Attorney for Johnny Torres

## **ORDER**

GOOD CAUSE APPEARING and based on the above stipulation, IT IS HEREBY ORDERED that:

1. The request for modification of the Special Conditions of Release for defendant Johnny Torres is GRANTED.

2. The attached Second Amended Special Conditions of Release are adopted by this Court and are ordered filed.  The Second Amended Special Conditions of Release supersede all previous conditions of release for defendant Johnny Torres and are effective immediately.

3. A copy of this Order, along with the Second Amended Special Conditions of Release is to be provided to defendant Johnny Torres.  Pretrial Services Officer Renee Basurto shall personally review this Order and Second Amended Special Conditions of Release with defendant Johnny Torres, and then secure Mr. Torres' signature confirming Mr. Torres understands each condition, accepts each condition, and agrees to abide by each condition.

**IT IS SO ORDERED.**

Dated:  August 6, 2014

                                                                      */s/ Dale A. Drozd*
                                                                      DALE A. DROZD
Dad1.crim                                                     UNITED STATES MAGISTRATE JUDGE
Torres0097.stipo.modify.cor.docx

## SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Torres, Johnny
No.: 2:14-CR-0097 MCE
Date: August 3, 2014

1. *You are released to the third-party custody of <u>Moises Juarez</u>*;
2. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
3. You shall report and comply with the rules and regulations of the Pretrial Services Agency;
4. You shall cooperate in the collection of a DNA sample;
5. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;
6. You shall not obtain a passport or other travel documents during the pendency of this case;
7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
9. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
12. You shall not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
13. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.