JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MELISSSA TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00097 |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING |
| ) | EXCLUDABLE TIME PERIODS |
| v. ) | UNDER SPEEDY TRIAL ACT; |
| ) | FINDINGS |
| TORRES et al., ) | |
| ) | Date:  November 12, 2014 |
| ) | Time:  9:00 a.m. |
| Defendants. ) | Judge: Honorable Morrison C. England, Jr. |
| ) | |
| ) | |

    The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Melissa Torres, John R. Manning, Esq., counsel for defendant Johnny Torres, Scott L. Tedmon, Esq., counsel for defendant Donovan Torres, Matthew C. Bockmon, Esq., counsel for defendant Sally Evans, James R. Greiner, Esq., and counsel for defendant Jorge Magana, Philip Cozens, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on October 23, 2014.

    2.  By this stipulation, defendants now moves to continue the status conference until November 12, 2014 and to exclude time between October 23, 2014 and November 12, 2014 under the Local Code T-4 (to allow defense counsel time to prepare).

    3.   The parties agree and stipulate, and request the Court find the following:

    a. Currently, the government has provided in excess of 150 pages of discovery as well as 20 DVDs with video.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 23, 2014, to November 12, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

IT IS SO STIPULATED.

Dated: October 20, 2014            /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Melissa Torres

Dated: October 20, 2014            /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant
Johnny Torres

Dated: October 20, 2014            /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Attorney for Defendant
Donovan Torres

Dated: October 20, 2014            /s/ James R. Greiner
JAMES R. GREINER
Attorney for Defendant
Sally Evans

Dated: October 20, 2014            /s/ Philip Cozens
PHILIP COZENS
Attorney for Defendant
Jorge Magana

Dated: October 20, 2014            Benjamin B. Wagner
United States Attorney

by:/s/ Christiaan Highsmith
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT