LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
JOHNNY TORRES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CASE NO.  2:14-CR-0097-MCE |
| Plaintiff,     ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF CONDITIONS OF RELEASE FOR DEFENDANT JOHNNY TORRES** |
| vs.                                  ) | |
| JOHNNY TORRES, et al.,                ) | |
| )  | |
| Defendants.    ) | |

Plaintiff United States of America, by and through Assistant U.S. Attorney Christiaan Highsmith, and defendant Johnny Torres, by and through counsel Scott L. Tedmon, hereby stipulate that Second Amended Special Condition of Release #1 be removed as a special condition of defendant Johnny Torres' pretrial release; and stipulate that Second Amended Special Condition of Release #9 be amended.

On August 6, 2014, defendant Torres as part of his second amended special conditions of release was ordered released to the third party custody of *Moises Juarez*. Specifically, the second amended special condition of release #1 states:

1. ***You are released to the third party custody of <u>Moises Juarez</u>***, Pretrial Services Officer Darryl Walker reports he is the supervising officer

Stipulation & Order re: Modify Pretrial Conditions                                                      Case No. 2:14-CR-0097-MCE

1

for Mr. Torres.  Officer Walker states Mr. Torres is no longer in need of the second amended special condition of release #1 and concurs in this stipulation.

On August 6, 2014, defendant Torres as part of his second amended special conditions of release was ordered to refrain from any use of alcohol.  Specifically, the second amended special condition of release #9 states:

> **9.  You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;**

Pretrial Services Officer Darryl Walker reports he is the supervising officer for Mr. Torres.  Officer Walker states Mr. Torres is no longer in need of the alcohol restriction contained in second amended special condition of release #9 and concurs in this stipulation.

Based on the foregoing, Pretrial Services Officer Darryl Walker, Assistant U.S. Attorney Christiaan Highsmith on behalf of the government, and Scott L. Tedmon on behalf of defendant Johnny Torres jointly agree and stipulate to this request for modification of the second amended special conditions of release for defendant Johnny Torres.  Further, all parties confirm they have reviewed the attached Third Amended Special Conditions of Release and agree with all 12 conditions contained therein.

**IT IS SO STIPULATED.**

DATED:  February 25, 2015               BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                        /s/ Christiaan Highsmith
                                        CHRISTIAAN HIGHSMITH
                                        Assistant United States Attorney

DATED: February 25, 2015                LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Johnny Torres

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that:

1. The request for modification of the Second Amended Special Conditions of Release for defendant Johnny Torres is GRANTED.

2. The attached Third Amended Special Conditions of Release are adopted by this Court and are ordered filed. The Third Amended Special Conditions of Release supersede all previous conditions of release for defendant Johnny Torres and are effective immediately.

3. A copy of this order, along with the Third Amended Special Conditions of Release is to be provided to defendant Johnny Torres. Pretrial Services Officer Darryl Walker shall personally review this Order and Third Amended Special Conditions of Release with defendant Johnny Torres, and then secure Mr. Torres signature confirming Mr. Torres understands each condition, accepts each condition, and agrees to abide by each condition.

**IT IS SO ORDERED.**

DATED: February 26, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**THIRD AMENDED SPECIAL CONDITIONS OF RELEASE**

Re:  Torres, Johnny
No.  2:14-CR-0097-MCE
Date:  February 25, 2015

1.  You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

2.  You shall report and comply with the rules and regulations of the Pretrial Services Agency;

3.  You shall cooperate in the collection of a DNA sample;

4.  Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5.  You shall not obtain a passport or other travel documents during the pendency of this case;

6.  You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all forearms/ammunition currently under your control;

7.  You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8.  You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

9.  You shall submit to drug and/or alcohol testing as approved by the pretrial services officer.  You shall pay all or part of the costs of the testing services based on your ability to pay, as determined by the pretrial services officer;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based on your ability to pay, as determined by the pretrial services officer;

11. You shall not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You shall report any contact with law enforcement to your pretrial service officer within 24 hours.